IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01364-NYW-TPO

JANE DOE I,
JANE DOE II, and
JANE DOE III,

      Plaintiffs,

v.

SHANE E. HOLLOWAY,
MELISSA HOLLOWAY, and
JONATHAN HOLLOWAY,

      Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 16, 2026.**

For good cause shown, the Parties' Joint Motion to Amend the Scheduling Order [ECF 39] is **granted**. The Court **modifies** the Scheduling Order at ECF 31 as follows:

| | |
|---|---|
| Affirmative Expert Witness Disclosure | December 28, 2026 |
| Rebuttal Expert Witness Disclosure | February 8, 2027 |
| Service of Written Discovery | February 22, 2027 |
| Discovery Cut-Off | April 12, 2027 |
| Rule 702 Motions | April 26, 2027 |
| Dispositive Motions | May 17, 2027 |

The deadline for the Parties to complete ADR pursuant to their agreed upon timeframe is extended to November 30, 2026.

The deadline for the Parties to request a Status Conference pursuant to Section B.2 of District Judge Wang's <u>Standing Order Regarding Trial and Pre-Trial Procedures</u> if no dispositive motions are filed is extended to May 24, 2027.